| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STEVEN GERARD SLEDGE, §
　§
　　Petitioner, §
　§
*versus* § CIVIL ACTION NO. 9:19-CV-184
　§
DIRECTOR, TDCJ-CID, §
　§
　　Respondent. §

## MEMORANDUM OPINION AND ORDER

Petitioner Steven Gerard Sledge, an inmate currently confined at the Michael Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

On August 31, 2020, the court dismissed the above-styled petition as barred by limitations. Petitioner has filed a motion for relief from final judgment (#12). This memorandum considers such motion.

### Analysis

Rule 60(b), FED. R. CIV. P., provides in pertinent part:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud …, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

After careful consideration, the court is of the opinion that petitioner's motion for relief from judgment fails to set forth a meritorious ground warranting relief. As explained in the report and the memorandum entered in the above-styled action, petitioner's petition for writ of habeas corpus was filed more than five years too late and is barred by the applicable one-year limitations period. Accordingly, petitioner's motion should be denied.

**ORDER**

For the reasons set forth above, petitioner's motion for relief from judgment should be denied. It is

**ORDERED** that petitioner's motion for relief from final judgment (#12) is **DENIED**.

SIGNED at Beaumont, Texas, this 7th day of March, 2025.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE